# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 9

State of North Dakota,                                     Plaintiff and Appellee

v.

Jose Javier Rivera-Rieffel,                               Defendant and Appellant

## No. 20200210

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Gail Hagerty, Judge.

AFFIRMED.

Per Curiam.

Julie A. Lawyer, State's Attorney, Bismarck, N.D., for plaintiff and appellee; submitted on brief.

Benjamin C. Pulkrabek, Mandan, N.D., for defendant and appellant; submitted on brief.

**Per Curiam.**

[¶1]   Jose Javier Rivera-Rieffel appeals from a criminal judgment entered after a jury convicted him of murder and child abuse. He argues the evidence presented at trial is insufficient to support the jury's verdict. After reviewing the record, we conclude substantial evidence supports the verdict. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
        Gerald W. VandeWalle
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte